UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY LYNN REVERE,

      Plaintiff,

v.                                                Case No. 10-10580
                                                  Honorable Patrick J. Duggan

MERS, et al.,

      Defendants.
_____/

## JUDGMENT

On December 30, 2009, Plaintiff initiated a *pro se* action against Defendants in the Circuit Court for Oakland County, Michigan. Defendant MERS removed Plaintiff's Complaint to this Court on February 10, 2010, and filed a motion to dismiss on February 22, 2010. In an Opinion and Order entered on this date, the Court granted MERS' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: April 19, 2010                s/PATRICK J. DUGGAN
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Cindy Lynn Revere
2640 Hummer Lake Road
Ortonville, MI 48462

Danielle J. Hessell, Esq.
Patrick J. Karbowski, Esq.